UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>    EARL G. McMANN,<br><br>                              Debtor.<br>JLMA ASSET MANAGEMENT, LLC,<br>HECTOR MARTINEZ, and<br>WILLIAM and DALE SCHNEIDER,<br>                              Plaintiffs,<br><br>              v.<br><br>EARL G. McMANN,<br><br>                              Defendant. | Chapter 7<br>Case No. 07-15018<br><br><br><br><br>ADVERSARY PROCEEDING<br><br>No. 07-01412 |

## ANSWER

NOW COMES Earl G. McMann, and answers the complaint as follows:

1. McMann lacks knowledge or information sufficient to respond to this allegation.
2. Admitted upon information and belief.
3. Denied upon information and belief, as McMann believes that the Schneiders are or were residents of New Jersey.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.
9. Admitted.
10. Admitted.
11. Admitted except as to the term "instrumental" which is vague and therefore denied.
12. Admitted that the corporation agreed to build a residence, denied that the defendant incurred any obligation.

13. Admitted.
14. Admitted except as to the term "instrumental" which is vague and therefore denied.
15. Admitted that the corporation agreed to build a residence, denied that the defendant incurred any obligation.
16. Admitted.
17. Admitted except as to the term "instrumental" which is vague and therefore denied.
18. Admitted that the corporation agreed to build a residence, denied that the defendant incurred any obligation.
19. Admitted that payments were made but not in accordance with the contract.
20. Denied.
21. Denied.
22. Admitted that suits were filed, otherwise denied.
23. Denied that the transfers were to "third parties."
24. Denied.
25. McMann lacks knowledge or information sufficient to respond to the allegation.

## COUNT I

26. McMann repeats and realleges all of his prior answers.
27. Denied.
28. Denied.
29. Denied, especially that any false statements were made.
30. Denied.

## COUNT II

31. McMann repeats and realleges all of his prior answers.
32. Denied.

## COUNT III

33. McMann repeats and realleges all of his prior answers.
34. Denied.

## COUNT IV

35. McMann repeats and realleges all of his prior answers.
36. Denied.
37. Denied as no assets were lost.

WHEREFORE McMann respectfully requests that the complaint be dismissed with prejudice and with attorney fees as permitted by statute or rule, and such other or different relief as to the Court seems meet and just.

January 11, 2008

Respectfully submitted,
Earl McMann
By his attorney,

/s/     *David G. Baker*
David G. Baker, Esq.
236 Huntington Avenue, Ste. 302
Boston, MA  02115
617-340-3680
BBO# 634889

## Certificate of Service

The undersigned states upon information and belief that the within Answer was served upon the entities named below by the court's CM/ECF system.

/s/     *David G. Baker*
David G. Baker


David C. Johnson on behalf of JLMA Asset Management, LLC     djohnson@mcm-law.com, bankruptcy@mcm-law.com