**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| In re: ) | |
| ) | |
| EARL G. McMANN, ) | Chapter 7 |
| ) | Case No. 07-15018 |
| Debtor. ) | |
| ) | |
| JLMA ASSET MANAGEMENT, LLC, ) | |
| HECTOR MARTINEZ, and ) | |
| WILLIAM and DALE SCHNEIDER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. Proc. No. 07-1412 |
| ) | |
| EARL G. McMANN, ) | |
| ) | |
| Defendant. ) | |

## APPLICATION FOR ADMISSION PRO HAC VICE

Joseph A. Troiano, Esq. (the "Applicant") of the law firm of Joseph A. Troinao, Esq., P.A., hereby applies to this Court for admission *pro hac vice* on behalf of Plaintiffs. In support thereof, the Applicant states as follows:

1. Pursuant to D.Ma. LBR 9010-1(b), the Applicant hereby certifies to this Court that he is admitted to practice in the States of Maine and Florida, the United States District Court for the Middle District of Florida. Applicant's Maine bar number is 1477 and his Florida bar number is 542172.

2. The Applicant hereby certifies that he is not currently under any order of disbarment, suspension, or any other discipline.

2/14/2008 Approved.

    3.   The Applicant has associated himself with David C. Johnson of Marcus, Clegg & Mistretta, P.A., member in good standing of the Bar of this Court, upon whom all process, notices and other papers may be served and who shall sign all papers filed with the Court.

Dated: February 4, 2008                                           /s/Joseph A. Troiano
                                                                              Joseph A. Troiano

    I hereby certify that the above individual of the law firm of Joseph A. Troiano, Esq., P.A. has associated himself with me, and that I am a member in good standing of the Bar of this Court.

Dated: February 12, 2008                                       /s/David C. Johnson
                                                                               David C. Johnson

Marcus, Clegg & Mistretta, P.A.
100 Middle Street, East Tower
Portland, ME 04101-4102
(207) 828-8000 (telephone)
(207) 773-3210 (facsimile)