

11/5/2008  A withdrawal of the motion to compel (#14) having been filed, the hearing assignment of Nov. 5, 2008 is hereby vacated.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EARL G. McMANN, | ) | Chapter 7 |
| | ) | Case No. 07-15018 |
| Debtor. | ) | |
| | ) | |
| JLMA ASSET MANAGEMENT, LLC, | ) | |
| HECTOR MARTINEZ, and | ) | |
| WILLIAM and DALE SCHNEIDER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 07-1412 |
| | ) | |
| EARL G. McMANN, | ) | |
| | ) | |
| Defendant. | ) | |

## WITHDRAWAL OF MOTION TO COMPEL DISCOVERY AND IMPOSE SANCTIONS

The Plaintiffs' Motion to Compel Discovery and Impose Sanctions ("Motion") is currently scheduled for nonevidentiary hearing on Wednesday, November 5, 2008 at 9:00 a.m. before Judge William C. Hillman. The parties having reached agreement on matters raised in Plaintiffs' Motion, Plaintiffs hereby withdraw their Motion, without prejudice and pending performance of the agreement so reached, and request that the calendaring clerk remove this matter from Judge Hillman's November 5 docket.

Dated: November 4, 2008         /s/ David C. Johnson
                                David C. Johnson, Esq.

                                Counsel for Plaintiffs
                                JLMA Asset Management, LLC, Hector
                                Martinez, and William and Dale Schneider

                                MARCUS, CLEGG & MISTRETTA, P.A.
                                One Hundred Middle Street – East Tower
                                Portland, ME  04101
                                (207) 828-8000