**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **EARL G. McMANN,** | ) | **Chapter 7** |
| | ) | **Case No. 07-15018** |
| Debtor. | ) | |
| | ) | |
| **JLMA ASSET MANAGEMENT, LLC,** | ) | |
| **HECTOR MARTINEZ, and** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 07-1412 |
| | ) | |
| **EARL G. McMANN,** | ) | |
| | ) | |
| Defendant. | ) | |

## APPLICATION FOR ADMISSION PRO HAC VICE

David Shestokas, Esq. (the "Applicant"), hereby applies to this Court for admission *pro hac vice* on behalf of Plaintiff JLMA Asset Management, LLC. In support thereof, the Applicant states as follows:

1. Pursuant to D.MA. LBR 9010-1(b), the Applicant hereby certifies to this Court that he is admitted to practice in the states of Florida and Illinois. Applicant's Florida bar number is 0698695 and his Illinois bar number is 6196699.

2. The Applicant hereby certifies that he is not currently under any order of disbarment, suspension, or any other discipline and that he has familiarized himself with the Local Rules of this Court.

3. The Applicant has associated himself with David C. Johnson of Marcus, Clegg & Mistretta, P.A., member in good standing of the Bar of this Court, upon whom all process, notices and other papers may be served and who shall sign all papers filed

with the Court.

Dated:  May 12, 2010 /s/ David Shestokas
David Shestokas

    I hereby certify that the above individual has associated himself with me, and that I am a member in good standing of the Bar of this Court.

Dated:  May 12, 2010 /s/ David C. Johnson
David C. Johnson

**CERTIFICATE OF SERVICE**

I, Jean M. Dunphy, hereby certify that on May 12, 2010, I served a copy of the above document on the parties set forth on the **SERVICE LIST** attached hereto either electronically or by first class U.S. mail, postage prepaid, on the 12th day of May, 2010.

/s/Jean M. Dunphy
Jean M. Dunphy
Legal Assistant

## *Mailing Information for Case 07-01412*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notices for this case.

- David G. Baker    courtmail@bostonbankruptcy.org, yujin@bostonbankruptcy.org
- David C. Johnson    djohnson@mcm-law.com, bankruptcy@mcm-law.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

S:\t\Troiano, Joseph A\Pleadings\Earl McMann Chapter 7-Mass\Adversary Proceeding\Motion to Admit Pro Hac - David Shestokas.doc