**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>**EARL G. McMANN,**<br><br>        Debtor.<br>_____<br><br>**JLMA ASSET MANAGEMENT, LLC,**<br><br>        Plaintiff,<br><br>v.<br><br>**EARL G. McMANN,**<br><br>        Defendant. | **Chapter 7**<br>**Case No. 07-15018**<br><br><br><br><br><br><br><br>Adv. Proc. No. 07-1412 |

**VERIFIED AND CONSENTED-TO MOTION TO WITHDRAW AS**
**<u>COUNSEL FOR PLAINTIFF</u>**

Pursuant to Massachusetts Rules of Professional Conduct 1.16(b)(5) and (6) and MLBR 2091-1, the undersigned counsel hereby seeks permission to withdraw from representation of JLMA Asset Management, LLC ( "<u>Plaintiff</u>") on the grounds that (a) representation of Plaintiff has been rendered unreasonably difficult by Plaintiff's own actions and inactions; (b) continued representation will both result in an unreasonable burden on the undersigned; and (c) Plaintiff has failed substantially to fulfill obligations to counsel and have been given reasonable warnings that the undersigned would withdraw unless the obligations are fulfilled.

Additionally, as the Court is aware, (a) this matter does not currently have a scheduled trial date and no motions are pending (*see* MLBR 2091-1(a)(2) and (3)); and

1

12/17/2010 Granted.

(b) Plaintiff has retained a Florida attorney, David J. Shestokas, to serve as lead trial counsel in this matter. Attorney Shestokas has been admitted *pro hac vice* and the undersigned does not anticipate that Plaintiff will have any difficulty finding another Massachusetts-registered attorney to serve as counsel in place of the undersigned. Accordingly, withdrawal of the undersigned will not prejudice Plaintiff as it will have an opportunity to retain other counsel or otherwise act to protect its interests before this case is placed on a new trial list[1].

*Defendant does not object to the relief requested herein. The undersigned has been unable to determine whether the Plaintiff itself consents to the relief requested herein.*

WHEREFORE, the undersigned respectfully requests that the Court enter an Order:

    A.    Permitting to withdraw as counsel, effective immediately; and

    B.    Grant such other relief as the Court deems just and appropriate.

Dated: December 16, 2010

    /s/ David C. Johnson
    David C. Johnson, Esq. (ME Bar #9447)
    Counsel for Plaintiff
    JLMA Asset Management, LLC

    MARCUS, CLEGG & MISTRETTA, P.A.
    One Canal Plaza, Suite 600
    Portland, ME 04101
    (207) 828-8000

**VERIFICATION**

---

[1] The undersigned has not sought to withdraw pursuant to MLBR 2091-1(a) because Plaintiff has not, to date, retained new local counsel to assist Attorney Shestokas. Accordingly, the undersigned is seeking leave of court to withdraw as counsel.

      I, David C. Johnson, being duly sworn, do hereby swear under the pains and penalties of perjury that the foregoing is true and correct.  Executed on December 16, 2010 (28 U.S.C. § 1746(2)).

                                          <u>/s/ David C. Johnson</u>
                                          David C. Johnson

## CERTIFICATE OF SERVICE

I, Jean M. Dunphy, hereby certify that I am over eighteen years old and caused a true and correct copy of the above document to be served on the parties set forth on the **SERVICE LIST** attached hereto either electronically or by first class U.S. mail, postage prepaid, on the 17th day of December, 2010.

/s/Jean M. Dunphy
Jean M. Dunphy
Legal Assistant

## Mailing Information for Case 07-01412

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notices for this case.

- David G. Baker    courtmail@bostonbankruptcy.org, yujin@bostonbankruptcy.org
- David C. Johnson    djohnson@mcm-law.com, bankruptcy@mcm-law.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- Via first class mail and e-mail (talktostrauss@gmail.com):

    JLMA Asset Management, LLC

    C/O Josef Strauss

    1243 Plumosa Drive

    Fort Myers, FL 33901-7745

- Via e-mail (djs@shestokas.com):

    David Shestokas, Esq.

S:\t\Troiano, Joseph A\Pleadings\Earl McMann Chapter 7-Mass\Adversary Proceeding\Motion to Withdraw As Counsel.doc